## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES HOWARD KIRBY                                                              PLAINTIFF

v.                          CASE NO. 4:10CV00231 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 18th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE